# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**MATTHEW PENNINGTON,**

        **Plaintiff,**

**v.**                                                   **Case No: 6:19-cv-2056-PGB-EJK**

**CGH TECHNOLOGIES, INC.,**

        **Defendant.**

## ORDER

This cause comes before the Court on Plaintiff's Motion for Extension of Time to Comply (the "Motion"), filed August 18, 2022. (Doc. 202.) Therein, Plaintiff requested additional time to comply with his post-judgment discovery obligations. The undersigned took the Motion under consideration and directed the parties to meet and confer. (Doc. 203.) On August 25, 2022, Defendant filed its Notice of Plaintiff's Continued Purposeful Failure to Fully Comply with Defendant's Post-Judgment Discovery Requests. (Doc. 205.) Defendant states Plaintiff "did, in fact, deliver unreacted copies of Form 1040s for 2018, 2019 and 2020," but has not fully complied with all post-judgment discovery requests, including Defendant's interrogatories. (*Id.* at 1–2.) Recognizing that this "may ultimately prove to be a futile effort to obtain satisfaction of the outstanding judgment," Defendant nonetheless asks the Court to order Plaintiff to fully comply with the relevant discovery requests. (*Id.* at 4.)

Upon consideration of the foregoing, it is hereby **ORDERED** as follows:

1. Plaintiff's Motion for Extension of Time to Comply (Doc. 202) is **GRANTED IN PART**.

    a. **On or before August 30, 2022**, Plaintiff is **DIRECTED** to have a telephone call or in-person meeting with defense counsel to discuss the outstanding discovery requests.

    b. **On or before 12:00 p.m. EDT on September 6, 2022**, Plaintiff must serve truthful and accurate responses to **all** of Defendant's post-judgment discovery requests.

    c. **On September 7, 2022**, **prior to 12:00 p.m. EDT**, the parties are **DIRECTED** to have an additional telephone call to discuss Plaintiff's supplemental discovery responses, and any outstanding information must be provided that day.

    d. **On September 8, 2022**, Defendant must file a notice detailing Plaintiff's compliance with this Order.

2. Plaintiff's Motion for Relief (Doc. 194) is **DENIED AS MOOT** in light of this Order and Plaintiff's partial compliance with his discovery obligations.

3. **<u>Plaintiff is warned that there will be NO further extensions of these deadlines. Any failure to strictly comply with his discovery obligations by September 7, 2022, WILL result in the undersigned</u>**

**recommending that Plaintiff be held in contempt of court.**

4. Defendant is **DIRECTED** to provide a copy of this Order to Plaintiff.

**DONE** and **ORDERED** in Orlando, Florida on August 26, 2022.

_____
EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE